THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD DOUGLAS BULLARD, ) | | |
| #225 596 ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | 3:09-CV-224-TMH | |
| ) | [WO] | |
| ) | | |
| JUDGE DENSON, LEE COUNTY, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |

# **ORDER**

On April 8, 2009, the Magistrate Judge filed a Recommendation (Doc. 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED; and

2. The § 1983 claims presented against Judges Denson, Smithart, Young, and Fuller be DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and/or (iii);

3. Plaintiff's challenge to the constitutionality of the convictions and sentences imposed upon him by the Circuit Courts for Lee, Barbour, Elmore, and Tallapoosa Counties, Alabama be DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims are not properly

     before the court at this time; and

3.    This complaint be DISMISSED prior to service of process.

An appropriate judgment will be entered.

     Done this 28th day of April, 2009.

                  /s/ Truman M. Hobbs

                  SENIOR UNITED STATES DISTRICT JUDGE